

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2014

No. 04-14-00529-CV

**THE UNKNOWN HEIRS OF C R DELK**, Deceased, et al.,
Appellants

v.

**VAL VERDE COUNTY**, et al,
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 25395
Robert Cadena, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by October 20, 2014. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2014.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court